# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 19, 2025

Lyle W. Cayce
Clerk

No. 25-20496

VICTOR BUENROSTRO-MENDEZ,

*Petitioner—Appellee,*

*versus*

PAMELA BONDI, *U.S. Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director, United States Immigration and Customs Enforcement*; MATTHEW W. BAKER, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; JOHN LINSCOTT, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; MARTIN FRINK, *Warden, Houston Contract Detention Facility, CoreCivic*,

*Respondents—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726

UNPUBLISHED ORDER

Before GRAVES, HO, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' opposed motion to consolidate Case Nos. 25-20496 and 25-40701 is GRANTED.

No. 25-20496

IT IS FURTHER ORDERED that Appellants' opposed motion to expedite appeals for briefing and oral argument is DENIED.