# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2025
Lyle W. Cayce
Clerk

No. 25-20496

Victor Buenrostro-Mendez,

*Petitioner—Appellee*,

versus

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, United States Immigration and Customs Enforcement*; Matthew W. Baker, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; John Linscott, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic*,

*Respondents—Appellants*,

consolidated with

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee*,

versus

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention*

No. 25-20496
c/w No. 25-40701

*and Removal*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Orlando Perez, *Warden, Laredo Processing Center, Corrections Corporation of America*; Susan Aikman, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*,

*Respondents—Appellants.*

---

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

---

## UNPUBLISHED ORDER

Before Graves, Ho, and Douglas, *Circuit Judges*.[1]

Per Curiam:

This panel previously DENIED Appellants' opposed motion to expedite the appeals. The panel has considered Appellants' motion for reconsideration.

IT IS ORDERED that the motion is DENIED.

---

[1] Judge Ho would grant the motion to reconsider and would expedite the appeal.